IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00244-PSF-01

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ERIC ROSS JONES,

     Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On October 30, 2006, the probation officer submitted a petition for early termination of probation in this case.  On November 1, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The petition was served on the United States on November 2, 2006, and the United States has not objected to the proposed relief.  Accordingly, it is

ORDERED that Defendant Eric Ross Jones be discharged from probation and that the proceedings in the case be terminated.

DATED:  November 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge